**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Randy Lee HAUSE, Defendant—
Appellant.**

No. 04–36165.

D.C. Nos. CV–04–00161–DWM,
CR–00–00044–DWM.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Kris A. McLean, Office of the U.S. Attorney District of Montana, Missoula, MT, for Plaintiff–Appellee.

Randy L. Hause, Sheridan, OR, pro se.

Before T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

### MEMORANDUM**

Federal prisoner Randy Lee Hause appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion to vacate or correct his sentence for being a felon in possession of a firearm. Under *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), Hause contends that the district court erred in enhancing

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

his sentence based on judge-found facts. Hause's conviction was final as of the dates the *Booker* and *Blakely* decisions were issued. Hause's claim is foreclosed because, as we recently held, "*Booker* does not apply retroactively to convictions that became final prior to its publication." *United States v. Cruz,* 423 F.3d 1119, 1119–120 (9th Cir.2005). *See also, Schardt v. Payne,* 414 F.3d 1025, 1036 (9th Cir. 2005) (holding in a 28 U.S.C. § 2254 habeas action that *Blakely* does not apply retroactively to cases on collateral review). Consequently, we affirm the district court.

**AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

